■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE MAY FULLER, Appellant.—Appeal by defendant from a sentence of the Supreme Court, Queens County, imposed November 29, 1978, upon her conviction of manslaughter in the second degree, on her plea of guilty, the sentence being an indeterminate prison term with a maximum of seven years. Sentence modified, as a matter of discretion in the interest of justice, by reducing the maximum period of imprisonment to 4½ years. As so modified, sentence affirmed. The sentence was excessive to the extent indicated herein. Margett, J. P., O'Connor and Weinstein, JJ., concur; Martuscello, J., dissents and votes to affirm the sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE HILDALGO, Also Known as GEORGE HILDALDO, Appellant.—Judgment of the Supreme Court, Kings County, rendered June 13, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Mangano, Rabin and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNA MALLILO, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered October 25, 1978, convicting her of resisting arrest, upon a jury verdict, and imposing a sentence of intermittent imprisonment of 32 weekends. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to an unconditional discharge. As so modified, judgment affirmed and case remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). The sentence was excessive to the extent indicated herein. Damiani, J. P., Mangano, Rabin and Margett, JJ., concur.